COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-209-CV

DAH D. SUEN APPELLANT

V.

BOYD, INC. APPELLEE

------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant Dah D. Suen attempts to appeal from the trial court’s judgment signed March 9, 2009.  Because Appellant timely filed a motion for new trial, his notice of appeal was due June 8, 2009, but the notice of appeal was not filed until July 1, 2009, which was untimely.
(footnote: 2) 

On July 14, 2009, we notified Appellant that his appeal was subject to dismissal for want of jurisdiction unless, by July 24, 2009, he filed a response showing grounds for continuing the appeal.
(footnote: 3)  No response has been filed.  Accordingly, we dismiss this appeal for want of jurisdiction.
(footnote: 4)
 PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:
 
 August 31, 2009

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.

2:
See
 Tex. R. App. P. 26.1(a)(1).

3:
See
 Tex. R. App. P. 42.3(a).

4:
See
 Tex. R. App. P. 42.3(a), 43.2(f).